UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

**ORDER**

PERSIO TORRES NUNEZ,

86 Cr. 918-02 (PGG)

Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

On July 31, 2019, Defendant filed a Motion for Imposition of a Reduced Sentence

Pursuant to Section 404 of the First Step Act. (Dkt. No. 3) The Court hereby ORDERS the

Government to file a response by **February 14, 2020**.

The Clerk of Court is directed to mail a copy of this order to:

Persio Torres Nunez, #17194-054
D. RAY JAMES CORRECTIONAL INSTITUTION
P.O. BOX 2000
FOLKSTON, GA 31537

Dated: New York, New York
January 24, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge